**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6672

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JESSIE WILLIAM NEWTON,

            Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Samuel G. Wilson, District Judge. (5:02-cr-30020-SGW-18)

Submitted:  September 11, 2008     Decided:  September 16, 2008

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jessie William Newton, Appellant Pro Se. John L. Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie William Newton appeals the district court's order denying his 18 U.S.C.A. § 3582(c) (West 2000 & Supp. 2008) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Newton, No. 5:02-cr-30020-SGW-18 (W.D. Va. Mar. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED